IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3032 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CALVIN A. OLDS, | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Olds' initial appearance on the petition for action on conditions of pretrial release (filing 14) is scheduled on Wednesday, March 19, 2008, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

    March 14, 2008.        BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge