IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3032-WKU-DLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CALVIN A OLDS, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the United States Marshal's Service, and with the agreement of defense counsel,

IT IS ORDERED that Defendant Olds' initial appearance on the petition for action on conditions of pretrial release (filing 14) is rescheduled to Thursday, March 20, 2008, at 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

March 17, 2008.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge