```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3032 |
| | ) | |
| v. | ) | |
| | ) | |
| CALVIN A. OLDS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to amend conditions of release, filing 22, is granted and condition 7(y) as set forth in the text minute entry of March 20, 2008 (filing 19) is rescinded.

The defendant is now allowed to have contact with Susan Olds.

DATED this 29th day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge