UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3032 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| CALVIN OLDS, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 8th day of September, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On June 18, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g)(1), 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in an Iver Johnson, model Champion, .410 caliber, shotgun, serial number 5434A, and a Marlin Firearms Company, model 60 SB, .22 caliber, rifle, serial number 97468887, was forfeited to the United States.

2. On July 10, 17 and 24, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on August 21, 2008 (Filing No. 40).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Iver Johnson, model Champion, .410 caliber, shotgun, serial number 5434A, and the Marlin Firearms Company, model 60 SB, .22 caliber, rifle, serial number 97468887, held by any person or entity, is hereby forever barred and foreclosed.

C. The Iver Johnson, model Champion, .410 caliber, shotgun, serial number 5434A, and the Marlin Firearms Company, model 60 SB, .22 caliber, rifle, serial number 97468887, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 8th day of September, 2008

BY THE COURT:

s/ Warren K. Urbom

_____
**WARREN K. URBOM, SENIOR JUDGE**
**United States District Court**